IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JARVIS DEMON BOOKER, | |
| Plaintiff, | CIVIL ACTION NO.: 6:17-cv-15 |
| v. | |
| OFFICER ERVIN; SGT. WILLIAMS; and SGT. BLAKELY, | |
| Defendants. | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 10), to which no Objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation as the opinion of the Court and **DISMISSES** Plaintiff's monetary damages claims against Defendants in their official capacities. However, Plaintiff's Eighth Amendment excessive force and deliberate indifference to medical needs claims shall proceed.

**SO ORDERED**, this 8th day of November, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA