IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JARVIS DEMON BOOKER,         *
                             *
    Plaintiff,               *
                             *
        v.                   *    CV 617-015
                             *
OFFICER ERVIN,               *
                             *
    Defendant.               *

**O R D E R**

**TAKE NOTICE** that the captioned case has been set for a jury trial on November 18, 2019 at 9:00 a.m. in Statesboro, Georgia.

Because Plaintiff Jarvis Demon Booker is proceeding *pro se*, additional instructions are necessary. If Plaintiff wishes to have witnesses subpoenaed to appear, he must follow the procedures outlined in the following paragraph. <u>Under no circumstances will blank subpoenas be issued and mailed directly to any prison inmates.</u>

The Plaintiff must supply to the Court by Friday, November 15, 2019, by mail or at the pre-trial conference, the name and present address or location of each witness. If a witness is presently incarcerated, Plaintiff must also provide the inmate's ID number, if known. <u>Plaintiff may call up to three inmate-witnesses except upon a showing of exceptional circumstances.</u>

The parties are further advised that non-inmate witnesses subpoenaed to testify may be entitled to a witness fee. Fed. R. Civ. P. 45 (b)(1); 28 U.S.C. § 1821. The obligation to pay such fees is upon the party seeking the appearance of the witness to be subpoenaed, as there are no court funds to provide for such fees. Lloyd v. McKendree, 749 F.2d 705, 706-07 (11th Cir. 1985).

**ORDER ENTERED** at Augusta, Georgia, this 12th day of November, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA