AO 450 (GAS Rev 10/03) Judgment in a Civil Case

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 DEC -4 PM 4: 29

CLERK J. Hock
SO. DIST. OF GA.

# United States District Court
## Southern District of Georgia

JARVIS DEMON BOOKER,

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: CV617-015

OFFICER ERVIN

    Defendant.

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the jury's verdict returned on November 18, 2019, JUDGMENT is hereby entered in favor of the defendant, OFFICER ERVIN, and against the plaintiff, JARVIS DEMON BOOKER. The plaintiff JARVIS DEMON BOOKER shall take nothing, and costs are hereby assessed against the plaintiff, to be taxed by the Clerk of Court.

Approved by: _____
J. Randal Hall, Chief Judge
United States District Court

Date: December 4, 2019

Scott L. Poff
Clerk

_____
(By) Deputy Clerk